UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KELVIN DAISE,

    Plaintiff,

v.                                     Case No. 6:20-cv-1754-WWB-EJK

BRITISH CONSULATE GENERAL
MIAMI CROWN PROSECUTION
SERVICES FOR FOREIGN
COMMONWEALTH OFFICE,

    Defendant.
                                           /

## ORDER

THIS CAUSE is before the Court on Defendant's Motion to Dismiss for Insufficient Service of Process (Doc. 21). United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 23), in which he recommends that the Motion be granted.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss for Insufficient Service of Process (Doc. 21) is **GRANTED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on February 28, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

2